IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,        )
                                 )
              Plaintiff,         )       8:06CR207
                                 )
     v.                          )
                                 )
SAMUEL HERNANDEZ, a/k/a          )       ORDER
Deadeye, JOHN GRANT, and         )
AARON MIRANDA-QUIROZ, a/k/a      )
Shadow,                          )
                                 )
              Defendants.        )
_____ )
```

This matter is before the Court on plaintiff's motion for dismissal of Count IV (Filing No. 30). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that plaintiff's motion for dismissal of Count IV is granted; Count IV is dismissed without prejudice as it relates to defendant John Grant.

DATED this 7th day of August, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court