# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CR207 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| SAMUEL HERNANDEZ, | ) | |
| JOHN GRANT and | ) | |
| AARON MIRANDA-QUIROZ, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the motion of defendant John Grant (Grant) to sever (Filing No. 26). Grant seeks to sever his trial from that of co-defendant Miranda-Quiroz. On August 11, 2006, Miranda-Quiroz entered a plea of guilty before Senior Judge Lyle E. Strom. Miranda-Quiroz is awaiting sentencing in this matter. Accordingly, Grant's motion to sever is moot.

**IT IS ORDERED:**

Grant's motion to sever (Filing No. 26) is denied as moot.

DATED this 11th day of August, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge