IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CR207 |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN GRANT, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The Court is advised that defendant wishes to enter a plea in this matter. Accordingly,

IT IS ORDERED that a Rule 11 hearing is scheduled for:

**Thursday, August 31, 2006, at 2 p.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 14th day of August, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
  LYLE E. STROM, Senior Judge
  United States District Court