IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
            Plaintiff,         )       8:06CR207
                               )
      v.                       )
                               )
JOHN GRANT,                    )       ORDER
                               )
            Defendant.         )
_____)
```

The Court is before the Court on the motion of Todd W. Lancaster to withdraw as counsel of record for defendant (Filing No. 53).  Accordingly,

IT IS ORDERED that a hearing on said motion is scheduled for:

**Thursday, November 9, 2006, at 10 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.  **Defendant shall be present and should be prepared to advise the Court whether he has obtained new counsel.**

DATED this 30th day of October, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court