IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CR207 |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN GRANT, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on defendant's motion for leave to file motion out of time (Filing No. 68) and motion for leave to file under seal (Filing No. 67). The Court finds said motions should be granted. Accordingly,

IT IS ORDERED:

1) Defendant's motion for leave to file motion out of time is granted. Defendant shall have until November 13, 2006, to file a motion for downward departure.

2) Defendant's motion for leave to file under seal is granted; defendant may file his motion for downward departure and brief in support of said motion under seal.

DATED this 7th day of November, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court