IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CR207 |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN GRANT, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

      This matter is before the Court on defendant's oral motion to withdraw his motion for pretrial release.  The Court finds said motion should be granted.  Accordingly,

      IT IS ORDERED that defendant's oral motion to withdraw his motion for pretrial release is granted.  Defendant is remanded to the custody of the United States Marshal pending sentencing in this matter.

      DATED this 9th day of November, 2006.

                            BY THE COURT:

                            /s/ Lyle E. Strom
                            _____
                              LYLE E. STROM, Senior Judge
                              United States District Court