IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CR207 |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN GRANT, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on the motion of Todd Lancaster to withdraw as counsel for defendant (Filing No. 53). The Court has reviewed defendant's application to proceed without prepayment of fees and affidavit and finds said motion should be granted. Accordingly,

IT IS ORDERED:

1) The motion of Todd Lancaster to withdraw as counsel for defendant is granted;

2) The federal public defender shall appoint Todd Lancaster to represent defendant effective August 1, 2006.

DATED this 9th day of November, 2006.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court